STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
MATTHEW J. SMOCK (Cal. Bar No. 293542)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0397
    Facsimile: (213) 894-7819
    E-mail: Matthew.Smock@usdoj.gov

Attorneys for Defendant United States
Department of Agriculture

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FRANCISCO FONSECA DAVILA; MARVIN SAUCEDO,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; EDWARD SHEPHERD; DOES 1 TO 10, inclusive,<br><br>    Defendants. | No. CV 22-04949<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[Appendix of State Court Pleadings filed Concurrently]<br><br>[28 U.S.C. § 1442(a)] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFFS, BY AND THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1442(a)(1), Defendant THE UNITED STATES DEPARTMENT OF AGRICULTURE ("USDA") hereby removes to this Honorable Court the State Court action described below. The grounds for this removal are as follows:

1. On April 22, 2022, Plaintiffs FRANCISCO FONSECA DAVILA and MARVIN SAUCEDO filed a civil action against Defendants USDA and EDWARD SHEPHERD in the Superior Court of the State of California for the County of Los Angeles, entitled *Francisco Fonseca Davila v. US Department of Agriculture, et al.*, as Case No. 22 STCV 13478. A copy of the Complaint and all other pleadings received to date are attached to the concurrently filed Appendix of State Court Pleadings. The Complaint alleges that, on February 5, 2021, Defendants USDA and EDWARD SHEPHERD negligently "entrusted, managed, maintained, drove and operated their motor vehicle in such a manner as to cause a collision with Plaintiff's vehicle."

2. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), which authorizes the removal of civil actions against "[t]he United States or any agency thereof …" to the district court embracing the place where the action is pending. Defendant USDA is a federal agency and is entitled to, among other things, the federal defense of sovereign immunity, and federal defenses relating to the exhaustion of administrative claim requirements. *See* 28 U.S.C. § 2671, *et seq*.

3. Plaintiffs have not served Defendant USDA as required by Rule 4(i). *See* Fed. R. Civ. P. (4(i)(2). In *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 356 (1999), the Supreme Court held that service must be complete before the 28 U.S.C. § 1446(b) time limits for removal begin to run. Accordingly, the time for this case to be removed pursuant to 28 U.S.C. § 1446(b) has not begun to run and, thus, removal is timely.

4. Promptly after filing this notice, Defendant shall give written notice of this removal to the adverse parties and to the Clerk of the State Court. *See* 28 U.S.C. § 1446(d).

5. This Court is the proper district and division to hear this case because Plaintiffs brought this action in the Superior Court of the State of California for the County of Los Angeles. *See* 28 U.S.C. § 1442(a).

6. Because this notice is filed on behalf of a federal agency, no bond is required under the terms of 28 U.S.C. § 2408.

WHEREFORE, Defendant USDA removes this action now pending in the Superior Court of the State of California for the County of Los Angeles, Case No. 22 STCV 13478, to the United States District Court for the Central District of California.

Dated: July 20, 2022

Respectfully submitted,

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

       /s/ Matthew J. Smock
MATTHEW J. SMOCK
Assistant United States Attorney

Attorneys for Defendant United States Department of Agriculture