Case 2:22-cv-04949-GW-PVC   Document 1-3   Filed 07/20/22   Page 1 of 5   Page ID #:13

Electronically FILED by Superior Court of California, County of Los Angeles on 04/22/2022 01:07 PM Sherri R. Carter, Executive Officer/Clerk of Court, by N. Miramontes, Deputy Clerk
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Audra Mori

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Daniel F. Jimenez (SBN: 245258)<br>Law Office of Daniel F. Jimenez<br>8001 Laurel Canyon Blvd., #204<br>North Hollywood, CA 91605<br>TELEPHONE NO: (818) 504 - 9000   FAX NO. *(Optional)*: (818) 504 - 1087<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs, Francisco Fonseca Davila; Marvin Saucedo; | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: same above
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District

PLAINTIFF: Francisco Fonseca Davila; Marvin Saucedo;

DEFENDANT: US Department of Agriculture; Edward Shepherd; and

[✓] DOES 1 TO  10   Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number)*:
Type *(check all that apply)*:
[✓] MOTOR VEHICLE   [ ] OTHER *(specify)*:
   [✓] Property Damage   [ ] Wrongful Death
   [✓] Personal Injury   [ ] Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded   [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: 22STCV13478

1. **Plaintiff** *(name or names)*: Francisco Fonseca Davila; Marvin Saucedo;
   alleges causes of action against **defendant** *(name or names)*:
   US Department of Agriculture; Edward Shepherd;
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

7

Exhibit 2

PLD-PI-001

| SHORT TITLE: Francisco Fonseca Davila; et al. vs. US Department of Agriculture; et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant *(name)*: USDA
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☑ a public entity *(describe)*:
          Government Agency
      (5) ☐ other *(specify)*:

   c. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   b. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   d. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers)*: 1-10 Inclusive were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers)*: 1-10 Inclusive are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

PLD-PI-001

| SHORT TITLE: Francisco Fonseca Davila; et al. vs. US Department of Agriculture; et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [✓] Motor Vehicle
    b. [✓] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [ ] Premises Liability
    f. [ ] Other *(specify):*

11. Plaintiff has suffered
    a. [✓] wage loss
    b. [✓] loss of use of property
    c. [✓] hospital and medical expenses
    d. [✓] general damage
    e. [✓] property damage
    f. [ ] loss of earning capacity
    g. [ ] other damage *(specify):*

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [✓] compensatory damages
       (2) [ ] punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) [✓] according to proof
       (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 3-30-22

DANIEL F. JIMENEZ
(TYPE OR PRINT NAME)

▶ /s/ Daniel
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Francisco Fonseca Davila; et al. vs. US Department of Agriculture; et al. | |

FIRST **CAUSE OF ACTION—Motor Vehicle**
(number)

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Francisco Fonseca Davila; Marvin Saucedo;

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* 02/05/2021
at *(place):*
10 Freeway at or near 29th Street exit, Los Angeles, CA 90011

MV- 2. DEFENDANTS
a. [✓] The defendants who operated a motor vehicle are *(names):*
US Department of Agriculture; Edward Shepherd; and

[✓] Does 1 to 10

b. [✓] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):*
US Department of Agriculture; Edward Shepherd; and

[✓] Does 1 to 10

c. [✓] The defendants who owned the motor vehicle which was operated with their permission are *(names):*
US Department of Agriculture; Edward Shepherd; and

[✓] Does 1 to 10

d. [✓] The defendants who entrusted the motor vehicle are *(names):*
US Department of Agriculture; Edward Shepherd; and

[✓] Does 1 to 10

e. [✓] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
US Department of Agriculture; Edward Shepherd; and

[✓] Does 1 to 10

f. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment MV-2f [ ] as follows:

[ ] Does ____ to ____      Page ____

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Motor Vehicle**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

10                                    Exhibit 2

PLD-PI-001(2)

| SHORT TITLE: Francisco Fonseca Davila;et al. vs. US Department of Agriculture; et al. | CASE NUMBER: |
|---|---|

<u>SECOND</u>     **CAUSE OF ACTION—General Negligence**    Page _____
(number)

ATTACHMENT TO    [✓] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Francisco Fonseca Davila; Marvin Saucedo;

alleges that defendant *(name):* US Department of Agriculture; Edward Shepherd; and

[✓] Does <u>1</u> to <u>10 Inclusive</u>

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 02/05/2021
at *(place):* 10 Freeway at or near 29th Street exit, Los Angeles, CA 90011

*(description of reasons for liability):*

On the above date and location, defendants and each of them so negligently entrusted, managed, maintained, drove and operated their motor vehicle in such a manner as to cause a collision with Plaintiff's vehicle.

As a result of the negligence of the defendants, Plaintiffs were injured and incurred special damages including but not limited to medical care, and related services as will be shown according to proof at the time of trial. As a result of the negligence of the Defendants, and each of them, Plaintiffs have suffered significant pain, suffering, anguish and upset and will continue to suffer into the foreseeable future and possibly the rest of their lives thereby entitling Plaintiffs to a substantial award of general damages.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

11      Exhibit 2