UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-4949-GW-PVCx | Date | October 24, 2022 |
|---|---|---|---|
| Title | *Francisco Fonseca Davila, et al. v. United States Department of Agriculture, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**  **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 24, 2022, Defendant United States of America filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court now sets an order to show re: settlement hearing for December 22, 2022 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on December 21, 2022.

:

Initials of Preparer   JG