JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANCISCO FONSECA DAVILA; MARVIN SAUCEDO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No. CV 22-4949-GW-PVCx<br><br>**ORDER** |

1  The Court, having reviewed the parties' Stipulation of Dismissal Pursuant to Fed.
2  R. Civ. P. 41(a)(1)(A)(ii), HEREBY ORDERS that this action is DISMISSED WITH
3  PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties shall bear their own
4  costs, fees, and expenses.

Dated: November 8, 2022

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE